IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CITY OF GRANITE CITY,

    Plaintiff,

v.

CONSOLIDATED UTILITY SERVICES,
INC. et al.,

    Defendants.                                   Case No. 10-cv-833-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Defendant St. Louis Stabilizing, Inc., d/b/a Perma-Jack of St. Louis, of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant St. Louis Stabilizing, Inc., d/b/a Perma-Jack of St. Louis, to file its disclosure statement within ten (10) days from the date of issuance of this Order.

**IT IS SO ORDERED.**

Signed this 26th day of January, 2011.

                                             David R. Herndon
                                             2011.01.26
                                           07:11:10 -06'00'

                          **Chief Judge**
                          **United States District Court**